UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>HIKMAT HAMED,<br><br>Defendant. | 17 Cr. 302 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's letter motion for compassionate release, dated May 11, 2020 (Dkt. #237), and the Government's letter in opposition to that motion, dated May 20, 2020 (Dkt. #243). The Court notes that Defendant's May 11, 2020 letter motion contained a filing error and must be refiled. Defendant may file a reply letter in further support of his motion for compassionate release on or before May 27, 2020.

SO ORDERED.

Dated:   May 21, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge